IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, *et al.*, | ) ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 26 C 735 |
| vs. | ) ) | JUDGE SUNIL R. HARJANI |
| ELMAR HOTEL MANAGEMENT, LLC, a Michigan limited liability company, d/b/a INN OF CHICAGO MAGNIFICENT MILE, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on May 11, 2026, request this Court enter judgment against Defendant, ELMAR HOTEL MANAGEMENT, LLC, a Michigan limited liability company, d/b/a INN OF CHICAGO MAGNIFICENT MILE, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On May 11, 2026, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period May 2024 through September 2025 and January 2026 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. Plaintiff Fund received Defendant's monthly fringe benefit contribution reports for the time period May 2024 through March 2026. These reports indicate Defendant is delinquent in contributions to the Fund in the amount of $96,759.72. (See Affidavit of Joseph J. Shelton).

3.      Additionally, the amount of $22,662.51 is due for liquidated damages and $11,896.63 for interest, for a total of $34,559.14.  (Shelton Aff. Par. 6).

4.      In addition, Plaintiffs' firm has expended $517.82 for costs and $2,592.50 for attorneys' fees in this matter.  (See Affidavit of Laura M. Finnegan).

5.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $134,429.18.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $134,429.18.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.:  6210637
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

i:\cpfj\elmar hotel management\2026\motion for entry of judgment.lmf.df.docx

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 24th day of June 2026:

> Elmar Hotel Management, LLC
> d/b/a Inn of Chicago Magnificent Mile
> c/o Registered Agents, Inc., Registered Agent
> 2501 Chatham Road, Suite R
> Springfield, IL   62704-4188
>
> Elmar Hotel Management, LLC
> 55 E. Long Lake Road, #204
> Troy, MI   48085-4738

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.:  6210637
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

i:\cpfj\elmar hotel management\2026\motion for entry of judgment.lmf.df.docx